In re BALLARD'S ESTATE

BALLARD, Appellant, v. CONE, et al, Respondents

(5 N. W.2d 48.)

(File No. 8488. Opinion filed August 5, 1942.)

Rehearing Denied September 12, 1942

James O. Berdahl, of Sioux Falls, for Appellants.

C. A. Christopherson, Jr., and Palmer K. Larson, both of Sioux Falls, for Respondents.

PER CURIAM. The appeal in this cause is ruled by the opinion in Carrie B. Cone et al. v. L. W. Ballard et al., 68 S. D. 593, 5 N. W.2d 46. The judgment of the trial court is affirmed.

All the Judges concur.